1 | MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
2 | 3017 West Charleston Blvd., #95
Las Vegas, NV 89102
3 | (702) 870-8700
(702) 870-0034 Fax
4 | Attorney for Plaintiff

5

6

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

7

8

9

10

11

12

13

| DOUGLAS KURDZIEL, | ) | |
| Plaintiff, | ) | |
| | ) | No. |
| vs. | ) | |
| | ) | |
| CAVALRY PORTFOLIO SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | JURY DEMANDED |

## COMPLAINT

### JURISDICTION

1.  The jurisdiction of this Court attains pursuant to the FDCPA, 15 U.S.C. § 1692k(d), 28 U.S.C. § 1331, 28 U.S.C. § 1332, and the doctrine of supplemental jurisdiction. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant(s) perpetrated therein.

### PRELIMINARY STATEMENT

2.  This action is instituted in accordance with and to remedy Defendant's violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA"), and of related state law obligations brought as supplemental claims hereto.

3.    In March, 2011, Defendant initiated a campaign of abusive, unfair, unreasonable, and unlawful debt collection activity directed against Plaintiff in Las Vegas, Nevada.

4.    As a result of these and other violations of law, Plaintiff seeks hereby to recover actual and statutory damages together with reasonable attorney's fees and costs.

PARTIES

5.    Plaintiff, DOUGLAS KURDZIEL, is a natural person who resides in Las Vegas, Nevada, and is a "consumer" as defined by 15 U.S.C. Section 1692a(3) and allegedly owes a "debt" as defined by 15 U.S.C. Section 1692a(5).

6.    Defendant, Cavalry Portfolio Services, LLC, is a foreign Limited-Liability Company, the principal purpose of whose business is the collection of debts, operating a debt collection agency from its principal place of business in Valhalla, NY, and regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" as defined by 15 U.S.C. Section 1692a(6).

FACTUAL ALLEGATIONS

7.    Plaintiff(s) repeat, reallege and assert all factual allegations contained in the preliminary statement to this Complaint and reassert them as incorporated in full herein.

8.    Plaintiff is a victim of theft of identity.

9.    Plaintiff is a 58-year- old veteran attorney.

10.    Plaintiff was dunned by Defendant on March 3, 2011, regarding an account attributed to GE Money Bank (Exhibit 1).

1    11. On April 5, 2011, Plaintiff wrote Defendant advising that
2    he was a victim of theft of identity (Exhibit 2).

3    12. Exhibit 2 includes Defendant's letter as well as prior
4    correspondence to other collectors which had also been assigned
5    fraudulent debt.

6    13. Exhibit 2 also contains Plaintiff's August 6, 2010, Las
7    Vegas Metro Police Department Incident Report which described the
8    theft in detail.

9    14. Exhibit 2 also contains Plaintiff's Declaration of
10   Unauthorized Use and Sears' resolution of fraud charges.

11   15. In his April 5, 2011, letter Plaintiff advised Defendant
12   of its potential liability under the FDCPA.

13   16. Defendant received Exhibit 2 on April 8, 2011 (Exhibit
14   3).

15   17. An excerpt from Defendant's May 31, 2011, Trans Union
16   profile is attached as Exhibit 4.

17   18. Exhibit 4 reflects Defendant's continued reporting of the
18   GE Money Bank account as a *$3,000.00 active collection*.

19   19. Defendant's continued reporting is in violation of FDCPA
20   §§ 1692e, 1692e(2)(A), 1692e(8) and 1692e(10).

21   20. The foregoing acts and omissions of Defendant were
22   undertaken by it willfully, maliciously, and intentionally,
23   knowingly, and/or in gross or reckless disregard of the rights of
24   Plaintiff.

25   21. Indeed, the foregoing acts and omissions of Defendant
26   were undertaken by it indiscriminately and persistently, as part of
27   its regular and routine debt collection efforts, and without regard
28   to or consideration of the identity or rights of Plaintiff.

22. As a proximate result of the foregoing acts and omissions of Defendant, Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, mental anguish and suffering, and emotional distress, for which Plaintiff should be compensated in an amount to be proven at trial.

23. As a result of the foregoing acts and omissions of Defendant, and in order to punish Defendant for its outrageous and malicious conduct, as well as to deter it from committing similar acts in the future as part of its debt collection efforts, Plaintiff is entitled to recover punitive damages in an amount to be proven at trial.

## CAUSES OF ACTION

### COUNT I

24. The foregoing acts and omissions of Defendant constitute violations of the FDCPA, including, but not limited to, Sections 1692d, 1692e, 1692f and 1692g.

25. Plaintiff is entitled to recover statutory damages, actual damages, reasonable attorney's fees, and costs.

### COUNT II

26. The foregoing acts and omissions constitute unreasonable debt collection practices in violation of the doctrine of Invasion of Privacy. *Kuhn v. Account Control Technology, Inc., 865 F. Supp. 1443, 1448-49 (D. Nev. 1994); Pittman v. J. J. Mac Intyre Co. of Nevada, Inc., 969 F. Supp. 609, 613-14 (D. of Nev. 1997).*

27. Plaintiff is entitled to recover actual damages as well as punitive damages in an amount to be proven at trial.

4

JURY DEMANDED

Plaintiff hereby demands trial by a jury on all issues so triable.

WHEREFORE, Plaintiff prays that this Honorable Court grant the following relief:

1.   Award actual damages.

2.   Award punitive damages.

3.   Award statutory damages of $1,000 pursuant to 15 U.S.C. § 1692k.

4.   Award reasonable attorney fees.

5.   Award costs.

6.   Grant such other and further relief as it deems just and proper.

Respectfully submitted,

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV  89102
Attorney for Plaintiff

PO Box 1017
Hawthorne, NY 10532

8 8 00002305 823276



**Phone: (800) 501-0909**

**www.cavalryportfolioservices.com**

MARCH 03, 2011


ROBERT MURDZIEL
9233 JADECREST DR
LAS VEGAS, NV 89134-6056

| RE: | **Original Institution:** | GE Money Bank / Mervyns |
|---|---|---|
| | **Original Account No.:** | 6045893290130917 |
| | **Cavalry Reference No.:** | 14031628 |
| | **Balance Due:** | $2,966.02 |

Dear ROBERT MURDZIEL:

This letter serves as notice that the above-referenced account has been purchased by Cavalry SPV I, LLC and referred to Cavalry Portfolio Services, LLC for collection.

It is important that you:

> ➤ Contact us to arrange repayment terms (however, see your validation rights below).
> ➤ Forward all future payments to the above address in order to ensure proper credit and avoid delays in payment posting.

Unless you notify this office within (30) days after the receipt of this letter that you dispute the validity of the debt or any portion thereof, this office will assume the debt is valid.

If you notify this office in writing within (30) days after receipt of this letter that you dispute all or a portion of the debt, this office will obtain verification of the debt or a copy of a judgment and mail you a copy of such judgment or verification.

If you request, in writing, within thirty (30) days of receiving this notice, Cavalry will provide you with the name and address of the original creditor.

If you have any questions or would like to discuss payment solutions you may call me directly at (866) 884-7685.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Sincerely,

Melissa Kindt

Cavalry Portfolio Services, LLC

"See Reverse Side for Important Information Concerning Your Rights"




Page 1 of 1
CCO020
CCO.wld
823276

R. Douglas Kurdziel

Direct T 702.415.2941  F 702.878.9995

rkurdziel@armstrongteasdale.com

MISSOURI KANSAS ILLINOIS NEVADA SHANGHAI

April 5, 2011

Calvary Portfolio Services, LLC.
Attention: Melissa Kindt
P.O. Box 1017
Hawthorne, N.Y.  10532

**Re:**   Account No. – XXXXXXXXXXXX0917
        Your Client – GE Capital/Mervyns
        Original Account No.: 6045893290130917
        Your File No. – 14031628

Dear Ms. Kindt:

I am in receipt of your collections letter dated March 3, 2011 sent to a Robert Murdziel.  Please be advised that I dispute all of the alleged claims and money due and owing.  As I have explained to numerous persons attempting to collect his alleged debt from me, Robert Murdziel does not reside at my address.  I do not know Robert Murdziel.  As I have explained countless times before, my name is Robert Douglas Kurdziel.  I have lived at 9233 Jadecrest Drive, Las Vegas, Nevada since approximately 1993 when my wife and I purchased our home.  I did live on Sun Rose Drive, Las Vegas, Nevada between 1992 -1993 while my home was being built.

**I am the victim of an identity theft.**  My various communications with numerous parties who have attempted to collect Mr. Murdziel's debt have indicated to me that in fact my social security number and my date of birth were given when Mervyns issued its credit card to Mr. Murdziel.  Robert Murdziel is obviously a fictitious name.  I have no idea who made the alleged charges.  I do know, however, who did not apply for this card or make these alleged charges: Robert Douglas Kurdziel or his family.  I have a very distinctive signature – although I have asked, I have never received a copy of the signed credit card application or the actual credit card vouchers that were signed when Mr. Murdziel made  his purchase(s) with his Mervyns credit card.

I am attaching my last correspondence to the prior debt collector for your review and education.  Please do not attempt to contact me at my home, on my cell or at my office again regarding the collection of this debt.  I will consider it a bad faith collection effort and violation of the Fair Debt Collections Act should you persist.  Please be advised that any future inquiries need to be sent to my attorney, Mitchell D. Gliner, Esq., 3017 West Charleston Boulevard, #95, Las Vegas, Nevada, 89102, (702) 870-8700.   Please be advised that I intend to avail myself of all legal protections and remedies should you or your company persist in attempting to collect this debt from me, as I am a victim of an identity theft and not the debtor.

Sincerely,

R. Douglas Kurdziel, Esq.

RDK/jle

# EXHIBIT 2

R. Douglas Kurdziel
Direct T 702.435.2941   F 702.878.9995
rkurdziel@armstrongteasdale.com

MISSOURI KANSAS ILLINOIS NEVADA SHANGHAI

January 18, 2011

Patebaude & Felix, A.P.C.
Attention: Westly U. Villanueva, Esq.
1771 East Flamingo Road, Ste. 112A
Las Vegas, Nevada 89119

**Re:**   Account No. - XXXXXXXXXXXX0917
Your Client - GE Capital
Your File No. - 10-206750

Dear Mr. Villanueva:

I am in receipt of your collections letter dated January 11, 2011 sent to a Robert Murdziel. Please be advised that I dispute all of the alleged claims and money due and owing. As I have explained to numerous persons attempting to collect his alleged debt from me, Robert Murdziel does not reside at my address. I do not know Robert Murdziel. As I have explained countless times before, my name is Robert Douglas Kurdziel. I have lived at 9233 Jadecrest Drive, Las Vegas, Nevada since approximately 1993 when my wife and I purchased our home. I did live on Sun Rose Drive, Las Vegas, Nevada between 1992 -1993 while my home was being built.

I am the victim of an identity theft. My various communications with numerous parties who have attempted to collect Mr. Murdziel's debt have indicated to me that in fact my social security number and my date of birth were given when Mervins issued its credit card to Mr. Murdziel. Robert Murdziel is obviously a fictitious name. I have no idea who made the alleged charges. I do know, however, who did not apply for this card or make these alleged charges: Robert Douglas Kurdziel or his family. I have a very distinctive signature – although I have asked, I have never received a copy of the signed credit card application or the actual credit card voucher that is signed when something is purchased with a credit card at a store.

I am attaching my last correspondence to the prior debt collector for your review and education. Please do not attempt to contact me at my home, on my cell or at my office again regarding the collection of this debt. I will consider it a bad faith collection effort and violation of the Fair Debt Collections Act should you persist. I also find it deplorable that somebody from your office called both my cell phone and home phone this past Saturday morning between 8:17 and 8:19 am. Please be advised that I intend to avail myself of all legal protections and remedies should you or your law firm persist in attempting to collect this debt from me, as I am a victim of an identity theft and not the debtor.

Sincerely,

R. Douglas Kurdziel, Esq.

RDK/jle

R. Douglas Kurdziel
Direct T702.415.2943  F 702.878.9995
rkurdziel@armstrongteasdale.com

MISSOURI KANSAS ILLINOIS NEVADA SHANGHAI

August 6, 2010

**VIA U.S. POST & FACSIMILE**

Phillips & Cohen
Attention: Tillman Goodwin
1002 Justison Street
Wilmington, Delaware 19801
Fax No. 866.504.9784

Re:   Collection Account for Robert Murdziel- 9233 Jadecrest Drive, Las Vegas, Nevada

Dear Sir:

I write this correspondence in response to our telephone communication earlier this morning. Attached please find a copy of the police incident report – no. LLV100806001512, you requested. In addition, I enclosed correspondence from December 9, 2009 to NCO Financial, August 20, 2008 to CAC Financial, April 29, 2008 to Mervyns Customer Service and September 20, 2007 to Redline Recovery Services, LLC. In addition, I enclose the Declaration Of Unauthorized Use I submitted to Sears, correspondence dated January 13, 2007 from Sears indicating it had initiated an investigation and correspondence from Sears dated January 23, 2007 indicating that they had completed their investigation and that all charges on the credit card were removed. You will please note the unbelievable coincidence that a Robert D. Murdziel also opened up the subject Mervyn's card on or about December 2005? Although you refused to listen because you have already decided that I'm not telling the truth, I will bet that if either you or the attorney who you are going to engage to sue me researches the original applications you will find that both cards listed 9236 Sun Rose Avenue, Las Vegas, Nevada as the applicants place of residence. This is an address that I rented between 1992 and 1993 while my current residence for the past 17 years was being built.

Your supervisor indicated to me that two payments had been made on this card allegedly by me. I do not believe I made any such payments. When I asked to see copies of the checks that were written to allegedly pay down the debt so I could verify signatures, account numbers, banks, etc. she indicated to me that you are merely a collection agency and did not have that type of information in your file. This raises a very big concern. If you only have limited information in your file about this debt, it perplexes me how it is that you are able to definitively state that I am responsible for the alleged debt. On a side note, I'm not sure what law school you went to but the one I went to vehemently taught that you are innocent until proven guilty. It is also my experience that the Plaintiff has the burden of proof contrary to your assertion that I had to prove

August 6, 2010
Page 2

that I did not open the credit card or make any charges on it. I know this is a small technical point, but it is certainly an interesting one from a legal perspective.

I once again request the following information on this debt: 1) Please provide me with the original application for the subject credit card; 2) please provide me with any and all signed credit card payment slips that were allegedly signed by me; 3) please provide me with a list of items that I allegedly purchased on the subject credit card; 4) please provide me with all Mervyns" invoices allegedly sent to me since the debt accrued; 5) please provide me with any and all correspondence in your possession or control wherein an attempt was made to collect this debt from me; and 6) please provide me with copies of any checks, vouchers or other proof of payment that your supervisor referred to in our conversation this morning.

Pursuant to your supervisor's demand, I am making the following request in writing: Please ensure that you contact any and all credit agencies you have reported this debt to that you have notified I am challenging the alleged charges reflected on the card and do not believe I owe this debt. Pursuant to the Fair Debt Collections Act, I specifically request that you or anybody else affiliated with your company contact me by phone either at work, on my cell or at home. It will be more productive if you have your counsel contact me by mail so that perhaps we can have an intelligent conversation about resolving this unfortunate event.

One final note needs to be addressed.  Be advised I take great offense to your implication that I am a liar because you believe I should have filed a police report and did not.  Even more offensive is your suggestion, which was parroted by your supervisor, that in all likelihood it was somebody close to me that had the card issued.  I took this to mean that you were referring to my wife and two children.  Sir, this is simply bad form.

Sincerely,

R. Douglas Kurdziel

RDK/jle

ARMSTRONG TEASDALE LLP

Printed by: R3357B
Printed date/time: 8/8/10 10:53

# Incident Report

Page 1 of 3

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
400 E STEWART
LAS VEGAS, NEVADA 89101
(702) 828-3111

Incident Number: LLV100806001512

## Incident Summary

| | | | | |
|---|---|---|---|---|
| Incident Type: | | | Report Type: | STATION INCIDENT REI |
| Inc Occurred Address: | UNK LAS VEGAS AREA  LAS VEGAS, NV | | Sector/Beat: | V2/V2 |
| Inc Occurred Start: | 07/16/2007 00:00 | Inc Occurred End: | Report Taken: | 08/06/2010 10:15 |
| Domestic: N | Bias Motivation: | Gang Related: U | Substance: | U |
| Contact Nature: | | | Reported Date/Time: | |
| Reporting Officer: | BACCUS, R 6367 | Primary Assigned Officer: | | |
| Case Status: OPEN | Disposition: | | Disposition Date: | |

## Offenses

Statute Code:   IDEN205.463                                Enhancers:
Statute Desc:   OBTAIN & USE PERSONAL IDENTIFYING INFO OF ANOTHER PERSON
Counts:   1     Statute Severity:   FELONY

## Persons Involved

Subject: 0001                      MNI: 9134444                                    Can ID Suspect:   No
Event Association:   VICTIM                    Contact Date/Time:
Name:   KURDZIEL, ROBERT DOUGLAS

| | | | |
|---|---|---|---|
| | DOB: 08/11/1952 | Age: 54 - 54   Sex: MALE | Race: WHITE/CAUCASIAN |
| Height: 6' 3" - 6' 3" | Weight: 236 - 236 lbs | Eye Color: HAZEL | Hair Color: GRAY OR PARTIAL |
| Address: 9233 JADECREST DR   LAS VEGAS, NEVADA 89134 | | | Sector/Beat: |
| Phone Type 1: RESIDENCE/HOM | Phone# 1: (702) 228-1669 | Ext 1: | |
| Phone Type 2: BUSINESS/WOR | Phone# 2: (702) 678-6070 | Ext 2: | |

Occupation:   ATTORNEY                              Employer/School:   ARMSTRONG TEASDALE LLC

The Use and Dissemination of this
Record is Regulated by Law. Secondary
Dissemination of any kind is Prohibited
and could subject the offender to Criminal
and Civil Liability.
This Information Released to: KURDZIEL, ROBERT
By: _____ Date: 8/08/10
Las Vegas Metro Police Dept.

Printed by: R9387B
Printed date/time: 8/5/10 10:53

# Incident Report

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
400 E STEWART
LAS VEGAS, NEVADA 89101
(702) 828-3111

Incident Number: LLV100806001812

## Modus Operandi

| | |
|---|---|
| Against Persons: | Y |
| Against Property: | N |
| Occupied: | Y |
| General Premise 1: | RETAIL BUSINESS |
| General Premise 2: | |
| Specific Premise: | |
| Surrounding Area 1: | |
| Surrounding Area 2: | |
| Surrounding Area 3: | |
| Relationship to Suspect 1: | UNKNOWN |
| Relationship to Suspect 2: | |
| Weapon Type 1: | |
| Automatic: | N |
| Weapon Type 2: | |
| Automatic: | N |
| Weapon Type 3: | |
| Automatic: | N |

## Crime Against Property

| | | | |
|---|---|---|---|
| # of Premises Entered: | | Suspect Action 1: | |
| Entry Point: | | Suspect Action 2: | |
| Exit Point: | | Suspect Action 3: | |
| Entry Loc 1: | | Suspect Action 4: | |
| Exit Loc 1: | | Suspect Action 5: | |
| Entry Loc 2: | | Additional Factor 1: | |
| Exit Loc 2: | | Additional Factor 2: | |
| Entry Method 1: | | Additional Factor 3: | |
| Exit Method 1: | | Additional Factor 4: | |
| Entry Method 2: | | Additional Factor 5: | |
| Exit Method 2: | | Security Type: | |
| Entry Tool 1: | | Victim Location: | |
| Exit Tool 1: | | Electronic Locks: | N |
| Entry Tool 2: | | Video Serveillance: | N |
| Exit Tool 2: | | Maid: | |
| Vehicle Entry: | | Inspectress: | |
| Safe Entry: | | | |

## Crime Against Persons

| | | | |
|---|---|---|---|
| Pre-Incident Contact 1: | | Suspect Action 1: | OBTAINED & USED PERSONAL INFORM |
| Pre-Incident Contact 2: | | Suspect Action 2: | |
| Pre-Incident Contact 3: | | Suspect Action 3: | |
| Victim Condition 1: | | Suspect Action 4: | |
| Victim Condition 2: | | Suspect Action 5: | |
| Victim Condition 3: | | Sex Crime 1: | |
| Victim Condition 4: | | Sex Crime 2: | |
| Victim Condition 5: | | Sex Crime 3: | |
| Suspect Solicited 1: | | Sex Crime 4: | |
| Suspect Solicited 2: | | Sex Crime 5: | |
| Suspect Pretended to Be: | | Vehicle Involvement 1: | |
| | | Vehicle Involvement 2: | |

Printed by: R9387B
Printed date/time: 8/6/10 10:53

**Incident Report**

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
400 E STEWART
LAS VEGAS, NEVADA 89101
(702) 828-3111

Incident Number: LLV100806001812

## Narratives

ENTERED DATE/TIME: 8/6/2010 10:30:41
NARRATIVE TYPE: INCIDENT CRIME REPORT
SUBJECT: OBTAIN/USE PERSONAL IDENTIFYING INFORMATION OF ANOTHER
AUTHOR: BACCUS, R 9387

THE VICTIM CAME INTO CENTRAL RECORDS AT 1015 HRS ON 08/06/10. THE VICTIM SAYS THAT HE RECEIVED A LETTER FROM REDLINE RECOVERY SERVICES, LLC COLLECTION AGENCY DATED 07/16 /2007 REFERENCING A CREDIT CARD BALANCE OF $1,418.61 ISSUED BY GE CAPITAL - MERVYN'S - LVNV FUNNDING LLC. THE NAME ON THE CREDITOR'S NOTICE IS ONE LETTER DIFFERENT THAN HIS OWN. THE VICTIM HAS BEEN IN CONTACT WITH VARIOUS CREDIT AGENCIES REFERENCING THIS BILL AS THE ACCOUNT HAS CHANGED HANDS. MOST RECENTLY, THE VICTIM SAYS HE RECIEVED A VOICEMAIL MESSAGE ABOUT THIS ACCOUNT ON 08/05/10. AFTER SPEAKING WITH THE COLLECTION AGENCY, HE HAS COME TO BELIEVE THAT WHOMEVER OPENED THE ACCOUNT USED HIS NAME, DOB, AND SOCIAL SECURITY NUMBER.

THE VICTIM SAYS THAT HE WAS THE VICTIM OF A SIMILAR INCIDENT REGARDING A BILL FROM SEARS. THE NAME OF THAT BILL'S WOULD-BE RECIPIENT WAS ALSO SLIGHTLY DIFFERENT, BUT THE OTHER PERSONAL IDENTIFIERS WERE EXACTLY HIS OWN. BOTH OF THESE INCIDENTS APPEAR ON THE CREDIT REPORT THE VICTIM MADE AVAILABLE AT THE TIME OF REPORT ENTRY. THE SEARS DEBT WAS RESOLVED WITH THAT COLLECTION AGENCY, AND THE VICTIM DID NOT REPORT IT TO LVMPD.

THE VICTIM SAYS THAT HE HAS NOT HAD A MERVYN'S CARD SINCE APPROXIMATELY 1975 OR 1976. THE VICTIM SAYS THAT HE DID NOT ACCRUE THIS BILL.

THE VICTIM ADDS THAT SOMETIME IN 2005 OR 2006 HE DID LOSE HIS WALLET AND ALL OF ITS CONTENTS— TO INCLUDE HIS DRIVER'S LICENSE AND CREDIT CARDS. THE VICTIM DAYS THAT IN AN EARLIER CONVERSATION REGARDING THE MERVYN'S DEBT, HE BELIEVES HE WAS ADVISED BY AN EMPLOYEE THAT THE CARD AND THE DEBT WHEN INCURRED SOMETIME IN 2006.

THE VICTIM SAYS THAT HE NEVER GAVE ANYONE PERMISSION TO OPEN A MERYVN'S CREDIT CARD ACCOUNT UNDER HIS IDENTITY OR ON HIS BEHALF.

Page 1 of 1

**VOLUNTARY STATEMENT**

100806-1517

THIS PORTION TO BE COMPLETED BY OFFICER

Obtain/USE PERSONAL INFO. 07/16/2007

OF ANOTHER

UNK LV Area     V2

Robert Douglas Kurdziel     8/11/52

C | M | 6'3 | 240 | Gray | Hazel | 8:30 6:00 m-F | Armstrong Teasdale LLC

9233 Jadecrest Drive     Las Vegas NV 89134    762 228-1658   202 678-5070

Armstrong Teasdale     NV 89101   Attorney

The USE DISSEMINATION of this record is Regulated by Legal Secondary Dissemination of any kind is Prohibited. AND could subject the offender to Criminal and Civil Liability. This Information could be.

WRC ... Any Time

DETAILS: Las Vegas Metro Police Dept.

Some time in Spring of 2007 I received a bill from LVMC funding LLC seeking payment for charges on a Mervin's card issued to a Robert MKurDziel. At on about this same time I had also discovered that SEARS had issued a credit card to a Robert Murdziel. a Sears was also trying to collect a pass due debt approx owed by a Mr. Murdziel. I was requested by Sears to make a theft claim which I did and after their internal investigation. It was determined somebody who wanted Murdziel opened a card with my SS# and DOB.

I have been attempting to correct the various collection agencies that have been contacting me about the mervins charges to no Avail. Everytime I think the situation is resolved a new collection agency re-initiate collection attempts. This

This morning I contacted that latest collection company. They kept implying that I was a liar because I had never obtain filed a police report claiming my identity was stolen & credit cards had been opened in a name similar to mine but with my SS# & DOB?

I HAVE READ THE STATEMENT AND I AFFIRM TO THE TRUTH AND ACCURACY OF THE FACTS CONTAINED HEREIN. THIS STATEMENT WAS COMPLETED AT (LOCATION) 400 Stewart/PLAZA DESK

SIGNED 6th DAY OF August AT 10:15 A.M. P.M. 2010



*ARMSTRONG* TEASDALE LLP

R. Douglas Kurdziel
(702) 415-2941
(702) 878-9995 (Fax)
rkurdziel@armstrongteasdale.com

| ILLINOIS | KANSAS | MISSOURI | NEVADA | SHANGHAI | |

ATTORNEYS AT LAW

December 9, 2009

NCO Financial Systems
P.O. Box 15740
Wilmington, DE 19850-5740

NCO Financial Systems
2725 East Desert Inn Road, Ste 250
Las Vegas, NV 89121

Re:   Creditor's Account # 6045893290130917 – Internal Account # 9W8QJ5

To Whom It May Concern:

Please be advised that I am still contesting all alleged charges, as I have been since September 20, 2007. I have attached three letters that were previously written to various entities, including Mervyns, challenging its attempts to collect this debt. I am not Robert Murdziel, although the person that had the subject credit issued in this name appears to have access to my social security number and birth date information. As the attached letters clearly set forth, I am the victim of an identity theft. I thought this matter was closed in August 2008 when I was dealing with Elaine from CAC. Apparently, I was mistaken.

It is my understanding that you will provide me with verification of the debt incurred. I am not in a position to dispute that somebody charged the claimed amount on a Mervyns' credit card. I am disputing, however, that the person signing the credit card application that generated the credit card in question was me, that I authorized Mervyns to issue the subject credit card in my name or in the name of Robert Murdziel, and that I ever used the subject credit card to purchase anything.

To facilitate my understanding of the issues and Mervyns' claim that I owe it a debt, please provide me with a signed copy of the credit card application that generated the credit card in question, any and all signed authorizations granting Mervyns the right to charge the claimed amounts to the subject credit card and all past correspondence to Robert Murdziel attempting to collect the outstanding debt.

I once again request that Mervyns stop attempting to collect this wrongfully claimed debt from me and to clear any negative credit references that may still exist on the various credit reporting agency rating systems. There is no doubt that everybody has had sufficient notice of

NCO Financial Systems
December 9, 2009
Page 2



*ARMSTRONG TEASDALE LLP*

my identity theft and some other party's felonious use of the subject credit card that Mervyns wrongfully issued to Robert Murdziel given my efforts over the past two years to inform Mervyns and its collection agencies of the true facts. I will consider any further attempts to collect on this wrongful claim as an act of harassment and a violation of the Fair Debt and Collections Act. Please be advised that I will pursue all remedies legally available to me to stop this harassment.

Sincerely,

R. Douglas Kurdziel

RDK/file

Encl. – Letter dated 08.20.08 to Elaine at CAC Financial
       Letter dated 04.29.08 to Mervyns Customer Service
       Letter dated 09.20.07 to Redline Recovery Services, LLC

JONES 🔾 VARGAS

ATTORNEYS AT LAW
3773 HOWARD HUGHES PARKWAY
THIRD FLOOR SOUTH
LAS VEGAS, NEVADA 89169

TEL (702) 862-3300   FAX (702) 737-7705

WWW.JONESVARGAS.COM

August 20, 2008

Elaine                                          Via Fax: 405 425-0198
CAC Financial

Re:   Disputed Credit Charges Wrongly Assessed By Mervyns
      Reference # - 9432499

Dear Elaine:

Pursuant to our telephone call of earlier today, I write to inform you that I am challenging charges claimed by Mervyns. I am attaching my previous challenges made directly to Mervyns on April 29, 2008 and to Redline Recovery Services, LLC on September 20, 2007. As the attached correspondence indicates, I believe that I am the victim of a stolen identity. As such, I will not pay any outstanding balance. Any assistance that you may be able to provide in helping finally resolve this matter will be greatly appreciated.

I would like to thank you for attention, politeness and helpful information. All of my other attempts to deal with this matter have been less than fruitful because I can either not access a human being or I get transferred an outsourced person who cannot answer my questions, puts me on hold and then eventually cuts me off.

Sincerely

Doug Kurdziel

# JONES ▽ VARGAS

ATTORNEYS AT LAW
3773 HOWARD HUGHES PARKWAY
THIRD FLOOR SOUTH
LAS VEGAS, NEVADA 89169

TEL (702) 862-3300   FAX (702) 737-7705

www.jonesvargas.com

April 29, 2008

Mervyns Customer Service
22301 Foothill Boulevard
Hayward, California 94541-2709

    Re:    *Unauthorized Credit Card*

To Whom It May Concern:

    Please be advised that I have recently pulled my Experian Credit report. I discovered that there is a negative credit report in the amount of $1,724 listed by your company. It was my understanding that I had resolved this matter after dealing with your credit collector, Red Line Recovery Services, LLC, in September 2007. I am attaching that correspondence for your review. As I informed Redline, and I am informing you, I am not Robert Murdziel and I have not incurred any debt at Mervyns in the past 20 years.

    I have no recollection of shopping in a Mervyn's in the past twenty (20) years. Moreover, the valid credit card that was issued to me (more than twenty-five [25] years ago) was issued under my correct name and had a different account number and has not been used in more than 20 years. I am further informed by my wife that neither she nor my two children, who have not resided in our home since 2005, have used my Mervyns' credit card.

    I explained to Redline's out-sourced telephone persons that I am apparently a victim of identity theft. The person(s) to whom Mervyn's issued a credit card (without my authorization) undoubtedly obtained my correct date of birth and Social Security number, but has not spelled my name correctly and used an address at which I have not lived since 1992. It is my best guess that Mervyns allowed someone, other than myself, to sign up for a credit card on the internet and issued the card to that person.

    I have attempted to inform your out-sourced customer service persons, when I was referred to them by your Hayward customer service location, that I am challenging this bill and refuse to pay it. Unfortunately, the person I was put in contact with kept insisting that there was too much static on the line and that I should call back. After three attempts, I gave up. On a side note, I would strongly suggest that you bring your customer service back to the United States where the phone system does not have as much static.

RENO OFFICE
100 WEST LIBERTY STREET, TWELFTH FLOOR, RENO, NEVADA 89504  TEL (775) 786-5000  FAX (775) 786-1177
*LICENSED IN ILLINOIS ONLY*

Mervyns
April 28, 2008
Page 2

Mervyns Customer Service
April 25, 2008
Page two

Be advised that this alleged debt is showing up on at least one credit report as an outstanding unpaid bill and is negatively affecting my credit rating. I strongly suggest that you investigate the origin of this debt, and have all negative references removed from all the credit reporting agencies to whom Mervyns reported it.

If you do not resolve this problem that you created, I will take all legal action necessary to restore my good credit and to obtain compensation for any damages that Mervyn's has caused. In addition, as you are well aware, both the Fair Debt Collections Act and the Credit Reporting Act provide that any violation of either or both of these acts entitles the wronged party to both punitive damages and attorney's fees in addition to compensatory damages. I will seek all remedies entitled to me.

Please have your counsel communicate directly to me in writing at the above address, should you have any further questions or concerns about this matter. I also request that you have your agents and or representatives stop calling my home and sending letters addressed to Robert Murdziel to my home address.

Sincerely,

JONES VARGAS

R. Douglas Kurdziel

RDK:mtf
Enc: Letter to Redline Recovery Services, LLC

# JONES ▽ VARGAS

ATTORNEYS AT LAW
3773 HOWARD HUGHES PARKWAY
THIRD FLOOR SOUTH
LAS VEGAS, NEVADA 89169

TEL (702) 862-3300   FAX (702) 737-7705

www.jonesvargas.com

September 20, 2007

*Via U. S. Mail, Regular and Return Receipt Requested*

Redline Recovery Services, LLC
1145 Sanctuary Parkway, Suite 350
Alpharetta, Georgia  30004-4756

> **Re:   Account ID:   N2314265**
> **Reference:   6045893290130917**

To Whom It may Concern:

Please be advised that I am in receipt of correspondence dated September 9, 2007 to Robert Murdziel wherein Redline Recovery Services is attempting to collect on an outstanding Mervyn's credit card bill.  As I have informed your out-sourced persons who answer the telephones on numerous occasions since June of this year, I am not Robert Murdziel and I have not incurred the debt that you are referring to in your correspondence.  I have no recollection of shopping in a Mervyn's in the past twenty (20) years.  Moreover, the valid credit card that was issued to me (more than twenty-five [25] years ago) was issued under my correct name and had a different account number.  I have been informed by my wife that to the best of her recollection, neither she nor my children, who have not resided in our home since 2005, have used a credit card in Mervyn's.

As I explained to your out-sourced telephone persons, I believe that I am a victim of identity theft.  The person(s) to whom Mervyn's issued a credit card (without my authorization) undoubtedly obtained my correct date of birth and Social Security number, but has not spelled my name correctly and used an address that I have not lived at since 1992.  As I have attempted to inform your out-sourced telephone persons and Mervyn's, I am challenging this bill and refuse to pay it.

Please be advised that if this alleged debt shows up on any credit report as an outstanding unpaid bill or affects my credit rating negatively in any way, I will take any and all legal action necessary to restore my good credit and to obtain compensation for damages that your agency and/or Mervyn's has caused.  In addition, as you are well aware, both the Fair Debt Collections Act and the Credit Reporting Act provide that any violation of either or both acts entitles the wronged party to both punitive damages and attorney's fees in addition to compensatory damages.

*Redline Recovery Services, LLC*
September 20, 2007
Page 2

If you have any further questions or concerns about this matter please have your counsel communicate directly with me at the above address.

Sincerely,

JONES VARGAS

R. Douglas Kurdzie

RDK:lmk

DECLARATION OF UNAUTHORIZED USE



*0031200632600091001*

*Please return this declaration only if you are reporting unauthorized charges.*

I, R Douglas Kurdziel, the undersigned, do hereby state and declare as follows:

1. This declaration concerns the Sears account number: 5049-9401-7970-8788

2. Neither I, nor anyone authorized by me, nor anyone with my knowledge or consent received or expect to receive any benefits or value as a result of this transaction(s).

3. My card was (circle one): (Continue on the back of this form if additional space is needed.)
   A. Lost/ Stolen. Date:_____ Location: _____ If stolen, police report filed? Y/N

   If yes, Case #:_____ City _____ Precinct_____

   Phone number:_____ Detective Name: _____

   B. Never Received
   C. All cards were in my possession at the time of fraudulent use.
   D. Other (please explain): A CARD WAS ISSUED to someone who had gained access to my social security number and birth date - Did not spell NAME correctly - used an old address + had not lived at 16-2 Twelve years.

4. Listed below is the name on any card that was lost/stolen/never received:
   Robert D. Murdziel

5. I have reason to believe the following individual(s) utilized the credit card(s) described above or had access to my account number without my authorization : No idea

   Name(s):_____

   Address:_____

   City:_____ State:_____ Zip Code:_____

   Reason:_____

6. The signatures set forth below are the signatures of MYSELF AND ALL AUTHORIZED USERS ON THIS ACCOUNT (continue additional authorized user signatures on the back):

   Print Name                                    Signature
   R Douglas Kurdziel                           [signature]
   Christine Kurdziel                           [signature]

7. I understand that Security Services investigates alleged fraudulent or unauthorized credit card usage and may refer the same to the appropriate law enforcement agency. I agree to cooperate in any prosecution of individuals charged with fraudulent or unauthorized card usage.

   Primary cardholder signature [signature]

   A FALSE DECLARATION TO A FEDERALLY INSURED FINANCIAL INSTITUTION MAY BE A VIOLATION OF FEDERAL AND/OR STATE LAW.

   I have examined my billing statements and have circled all transactions that are in dispute:

Send this document to:
Security Services, PO BOX 6090, Sioux Falls, SD 57117  Fax: 605-357-2113

3502000



**Sears Cardmember Services**
PO Box 45129
Jacksonville, FL 32232

January 13, 2007

6775

ROBERT D KURDZIEL
9233 JADECREST DR
LAS VEGAS NV 89134-6056

Account Number:
XXXX-XXXX-XXXX-8788

Dear ROBERT D KURDZIEL:

We have received the information you sent us regarding your Sears Card account.

We are presently conducting a review of your account. We will contact you with the results as soon as our investigation has been completed.

We appreciate your patience while this matter is being resolved.

Sincerely,

Security Services

This account is issued by Citibank (South Dakota), N.A.
FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE

0/LR/S14110/001/00/00/00/0000/00000000/F2007011300021564/6775

Sears is a registered trademark of Sears Brands, LLC



Sears Cardmember Services
PO Box 45129
Jacksonville, FL 32232

January 23, 2007

7247

ROBERT D KURDZIEL
9233 JADECREST DR
LAS VEGAS NV 89134-6086

Account Number:
XXXX-XXXX-XXXX-8788

Dear ROBERT D KURDZIEL:

We have completed our investigation of unauthorized use on your Sears Card account. The disputed charges and any related fees and finance charges were removed from your account.

We look forward to providing you the best possible service.

Sincerely,

Security Services

This account is issued by Citibank (South Dakota), N.A.
FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE

0/LR/S14104/001/00/00/00/0000/00000000/FZ00T012300036496/7247

Sears is a registered trademark of Sears Brands, LLC

EXHIBIT 3

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Calvary Portfolio Services
Melissa Kindt
P.O. Box 1017
Hawthorne, NY
          10532-

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X HARPER    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

USPS

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
   *(Transfer from service label)*    7008 1830 0003 4749 9803

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

Credit Scoring, Online Credit Checks & ID Fraud-Watch - TrueCredit Services                    Page 1 of 11

 **TransUnion.**                                                   **truecredit**

your products  |  **your account**  |  learn  |  help  |  logout

member center  |  your credit  |  your debt  |  your identity  |  savings  |  your home  |  your car  |  your insurance  |  legal tools

credit alerts  |  credit reports  |  credit scores  |  trending

## Credit Reports
May 31, 2011

 Refresh Your Report

Black Card
Get One Now!
Capital One
Card Offers
Gold
MasterCard

PERSONAL INFORMATION  ?

RELATED ITEMS

Printer friendly
version

Found an inaccuracy?

See ALL 3 credit
reports and scores

Learn more about
credit

FAQ

How long can I access
my credit reports
online?

Why do I need all
three credit reports?

| CREDIT REPORTING AGENCY: |  TransUnion. | experian | EQUIFAX |
| --- | --- | --- | --- |
| CREDIT REPORT DATE: | 05/31/2011 | Add Experian and Equifax Reports NOW! | |
| NAME: ALSO KNOWN AS: | ROBERT D. KURDZIEL DOUGLAS D. KURDZIEL KURDZIEL,R,DOUGLAS RD KURDZIEL | | |
| DATE OF BIRTH: | 08/1952 | | |
| CURRENT ADDRESS: | 9233 JADECREST DR #D LAS VEGAS, NV 89134 05/01/1995 | | |
| PREVIOUS ADDRESS: | 11233 PASEO MONTANOSO SAN DIEGO, CA 92127 04/01/1995 | | |
| | 9236 SUN ROSE AV LAS VEGAS, NV 89134 | | |
| EMPLOYER: | LAW STUDENT 12/01/1989 | | |

Consumer Statement

None Reported

See Your
Complete
Credit Picture



Data From
ALL 3 Bureaus in
1 Easy-to-Read
Report

**CLICK HERE**

 TransUnion.
Experian
EQUIFAX

▶▶▶  Debt Relief Aid. Do you Qualify?  ◀◀◀

| SUMMARY | ? | | |
| --- | --- | --- | --- |
| | TransUnion | Experian | Equifax |
| TOTAL ACCOUNTS: | 33 | Add Experian and Equifax Reports NOW! | |
| OPEN ACCOUNTS: | 6 | | |
| CLOSED ACCOUNTS: | 27 | | |
| DELINQUENT: | 0 | | |
| DEROGATORY: | 2 | | |
| BALANCES: | 69669 | | |
| PAYMENTS: | 1238 | | |
| PUBLIC RECORDS: | 0 | | |
| INQUIRIES (2 years): | 1 | | |

**EXHIBIT 4**

## CHASE

More about this account | Dispute

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account No.: | 414720100706**** | Add Experian and Equifax Reports NOW! | |
| Condition: | Closed (Paid) | | |
| Balance: | $0 | | |
| Type: | Credit Card | | |
| Pay Status: | Current | | |

Two Year Payment History:                                                    Legend

TransUnion OK HK OK OK OK OK OK OK OK OK OK OK OK OK OK 30 OK OK OK OK OK OK OK OK

Experian     Add Experian report

Equifax      Add Equifax report

May Jun Jul Aug Sep Oct Nov Dec '10 Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec '11 Feb Mar Apr

## WELLS FARGO

More about this account | Dispute

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account No.: | 8258252717859**** | Add Experian and Equifax Reports NOW! | |
| Condition: | Closed | | |
| Balance: | $0 | | |
| Type: | | | |
| Pay Status: | Current | | |

Two Year Payment History:                                                    Legend

TransUnion OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK

Experian     Add Experian report

Equifax      Add Equifax report

Oct Nov Dec '01 Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec '02 Feb Mar Apr May Jun Jul Aug Sep

**Other Accounts: Accounts in which the exact category is unknown**

## MISSION FCU

More about this account | Dispute

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account No.: | 19002173**** | Add Experian and Equifax Reports NOW! | |
| Condition: | Closed | | |
| Balance: | $0 | | |
| Type: | Line of credit | | |
| Pay Status: | Current | | |

Two Year Payment History:                                                    Legend

TransUnion OK    OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK

Experian     Add Experian report

Equifax      Add Equifax report

Sep Oct Nov Dec '02 Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec '03 Feb Mar Apr May Jun Jul Aug

**Collection Accounts: Accounts seriously past due**

## CAVALRY PORT

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Creditor Name: | CAVALRY PORT | Add Experian and Equifax Reports NOW! | |
| Account No.: | 1403**** | | |
| Original Creditor: | 08 GE MONEY BANK | | |
| Responsibility: | Individual | | |
| Condition: | Derogatory | | |
| Original Balance: | $1725 | | |
| Balance: | $3058 | | |
| Date Opened: | 05/27/2010 | | |
| Date Reported: | 05/21/2011 | | |

Remarks:

[TransUnion] Account information disputed by consumer, meets FCRA requirements

[Experian]

[Equifax]